**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTOPHER ANZALONE,
an individual,   Case No.: 8:16-cv-03317-MSS-MAP

   Plaintiff,
v.

EDFINANCIAL SERVICES, LLC,
a foreign limited liability company,

   Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

**COMES NOW**, Plaintiff, CHRISTOPHER ANZALONE (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement* and states:

1. Plaintiff and Defendant, EDFINANCIAL SERVICES, LLC (hereinafter, "Defendant"), reached a conditional settlement regarding all claims in this case as to Defendant, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for Dismissal with Prejudice..

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), undersigned counsel conferred with Defendant's counsel, and Defendant agrees to the relief sought herein.

Dated: November 29, 2017.

Respectfully submitted,

**LEAVENLAW**

/s/ *Gregory H. Lercher*
**Ian R. Leavengood, Esq., FBN 010167**
**Gregory H. Lercher, Esq., FBN 106991**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone:   (727) 327-3328
Fax:       (727) 327-3305
consumerservice@leavenlaw.com
glercher@leavenlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 29, 2017, I electronically served a true and correct copy of the above and foregoing *Notice of Pending Settlement* via CM/ECF which will electronically serve the following counsel of record:

James D. Gibson, Esq.
Gibson, Kohl, Wolff and Hric, P.L.
400 Burns Court
Sarasota, FL 34236
legaljimjdg@comcast.net
legaljimws1@comcast.net
legaljimws2@comcast.net
*Attorneys for Defendant*

/s/ *Gregory H. Lercher*
Attorney